spondent, v. William H. Craig and another, Appellants.—Judgment reversed, new trial ordered, costs to abide event. Opinion by Brady, J.

Frederick P. James, Appellant, v. James A. Cowing and another, Respondents.—Judgment affirmed, with costs. Opinion by Macomber, J.

Horace D. Kelley, Appellant, v. Alexander V. Davidson, Respondent.— Judgment modified as directed in opinion and affirmed as modified, without costs. Opinion by Daniels, J.

In the Matter of the Trustees of the Female Academy of the Sacred Heart, etc.— Order affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

Rudolph Bohn, Respondent, v. Michael Fay and William Stacom, Appellants.— Judgment affirmed. Opinion by Brady and Daniels, JJ.

Philip Tillinghast, Appellant, v. Francis T. Walton, Respondent. — Judgment affirmed, with costs   Opinion by Daniels, J.

Adolph Bernheimer and others, Appellants, v. Simon Rindskopf and others, Respondents.

Augustus D. Juliard and others, Appellants, v. Same, Respondents. — Judgment affirmed, with costs on opinion of Van Brunt. J.

William H. Seymour and others, Appellants, v. Simon Rindskopf and others, Respondents. — Judgment affirmed, with costs, on opinion of Van Brunt, J.

Julius Schutz and others, Respondents, v. Samuel Corn and others, Appellants.—Judgment reversed, new trial ordered, costs to abide event.  Opinion by Churchill, J.

John L. Macaulay, as Surviving Partner, etc., Respondent, v. Joseph R. Palmer, Appellant.— Order reversed, with ten dollars costs and disbursements.  Opinion by Churchill, J.

Henry P. De Graaf, Respondent, v. Jacob F. Wyckoff, Appellant.—Judgment modified, as directed in opinion, and affirmed as modified, without costs.  Opinion by Daniels, J.

Stephen P. Nash and others, Respondents, v. Sylvester H. Kneeland and Jacob Berry,

Appellants.— Judgment affirmed.  Opinion by Brady, J.

James Bostwick, Appellant, v. Matilda Brush, as Administratrix, etc., Respondent.— Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J.

Martha W. Leach, Respondent, v. James A. Flack and others, as Executors, etc., Appellants.—Judgment and order reversed, and new trial ordered, with costs to abide event. Opinion by Daniels, J.

James Talcott, Respondent, v. Moses G. Rosenberg and Joseph Rothschild, Appellants.

William Turnbull and others, Respondents, v. Same, Appellants —Orders affirmed, with ten dollars costs and disbursements. Opinion by Daniels, J.

William K. Forster, Respondent, v. James W. Bouton, Appellant.— Judgment modified as directed in opinion, and affirmed as modified, without costs. Opinion by Daniels, J.   •

James J. Nealis, as Receiver, etc., Appellant, v. Henry Adler and others, Respondents.—Judgment reversed, new trial ordered, costs to abide event   Opinion by Daniels, J.

In the Matter of Christopher R. Roberts. — Decree affirmed. Opinion by Daniels, J.

Walter K. Yorston v. James W. Bouton.— Judgment modified, so far as to sustain the demurrer to the first, third, fourth and fifth causes of action contained in the complaint, and as modified the judgment should be affirmed, but without costs of the appeal to either party, and with liberty to the plaintiff to amend his complaint within twenty days after notice of this decision. Opinion by Daniels, J.

Robert J. Dean and another, Respondents, v. Horace K. Thurber, as Assignee, Appellant. — Judgment reversed, new trial ordered, costs to abide event. Opinion by Macomber, J.

Isaac Strauss Respondent, v. William Heyenga, Appellant.— Judgment affirmed, with costs. Opinion by Macomber, J.